IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDELL MOORE, ZAVETA D. MOORE, PRINCESS ZATEEMA STAR ASIA MOORE, and TISHEMA DAQUANDA MOORE, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 19-5908 |
| v. | : : : | |
| STATE OF PENNSYLVANIA, CHILDREN & YOUTH OF LEHIGH COUNTY, STEPHANIE R. MORRISON, and OSCAR MORRISON, | : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 23rd day of January, 2020, after considering the application for leave to proceed *in forma pauperis*, the complaint, and the purported writs of execution filed by the *pro se* plaintiff, Lindell Moore (Doc. Nos. 1, 2, 4); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED**, and Lindell Moore has leave to proceed *in forma pauperis*;

2. The complaint (Doc. No. 2) is **DEEMED** filed;

3. Lindell Moore's claims against the Commonwealth of Pennsylvania are **DISMISSED WITHOUT PREJUDICE**;

4. Lindell's Moore's claims against Children & Youth of Lehigh County, Stephanie R. Morrison, and Oscar Morrison, are **DISMISSED WITHOUT PREJUDICE**;

5. Any claims alleged in the complaint on behalf of the plaintiffs, Zaveta D. Moore, Princess Zateema Star Asia Moore, and Tishema Daquada Moore, are **DISMISSED WITHOUT PREJUDICE**;

6. Lindell Moore may file an amended complaint within thirty (30) days of the date of this order. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint. The complaint shall include the basis for Lindell's Moore's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial complaint or other papers filed in this case to state a claim. When drafting the amended complaint, Lindell Moore shall be mindful of the court's reasons for dismissing the claims in the initial complaint as explained in the court's separately filed memorandum opinion;

7. Upon the filing of an amended complaint, the clerk of court shall not make service until so ordered by the court;

8. The clerk of court is **DIRECTED** to send Lindell Moore a blank copy of this court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Lindell may use this form to file his amended complaint if he chooses to do so; and

9. If Lindell Moore fails to file an amended complaint in accordance with this order, the court may dismiss his case without further notice for the failure to prosecute.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.